UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.        10-mc-78-JL

<u>David Simpson</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 17, 2010, no objection having been filed. It is hereby ordered, that the taxpayer, David Simpson, be ordered to obey the summonses and that he be ordered to appear on January 20, 2011, at 9:00 a.m. at the IRS office located at 1000 Elm Street, Suite 900, Manchester, NH 03101, before Ignatius Ferreira (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses dated March 16, 2010. I further recommend that the government be awarded its costs.

SO ORDERED.

January 7, 2011                                  /s/ Joseph N. Laplante
                                                 Joseph N. Laplante
                                                 United States District Judge

cc:   Gretchen Leah Witt, AUSA
      David Simpson, pro se